UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-01155-MCE <br><br> **ORDER GRANTING PLAINTIFF DUSA PHARMACEUTICALS, INC.'S REQUEST TO SEAL AND REDACTS ITS COMPLAINT AND SUPPORTING DOCUMENTS** |

Before this Court is Plaintiff DUSA Pharmaceuticals, Inc.'s Request to Seal and Redact its Complaint and Supporting Documents. ECF No. 3. The Court has reviewed this Request, and finding good cause, the Request is hereby GRANTED.

It is, therefore, ORDERED, that:

///

///

///

///

///

///

///

1. The redacted portions of Plaintiff's Complaint shall be kept under seal;

2. Exhibit A to Plaintiff's Complaint ("March 2010 Agreement") shall be kept under seal;

3. Exhibit B to Plaintiff's Complaint ("June 2012 Agreement") shall be kept under seal;

4. Exhibit C to Plaintiff's Complaint ("August 2016 Agreement") shall be kept under seal;

5. Exhibit E to Plaintiff's Complaint (February 2019 Letter") shall be kept under seal; and

6. Exhibit F to Plaintiff's Complaint ("Schedule B") shall be kept under seal.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE