# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> **ORDER GRANTING PLAINTIFF DUSA PHARMACEUTICALS, INC.'S REQUEST TO SEAL ITS MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT** |

Before this Court is Plaintiff DUSA Pharmaceuticals, Inc.'s Request to Seal Its Motion for Default and Memorandum in Support of Its Motion for Default Judgment. The Court has reviewed this Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED**, that: Unredacted versions of Plaintiff's Motion for Default Judgment and Plaintiff's Memorandum in Support of Its Motion for Default Judgment shall be filed under seal. Redacted versions of both documents must be filed on the record.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE