# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Now pending before the Court is the Stipulation to Continue the Hearing on Plaintiff's Motion for Default Judgment, filed on October 15, 2019.

Having reviewed the parties' Stipulation, and good cause having been shown, the Court hereby grants the parties' stipulated request.

**THEREFORE, IT IS ORDERED** that the hearing on Plaintiff's Motion for Default Judgment, which is presently scheduled for October 30, 2019, be continued to December 4, 2019, and that all related deadlines be calculated based on the new hearing date.

IT IS SO ORDERED.

Dated: October 16, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION