# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SUPPORTING DOCUMENTS** |

Before this Court is Defendant Dr. Andrea Willey's Request to Seal Defendant's Memorandum in Opposition to Plaintiff's Motion for Default Judgment, the Declaration of Andrea Willey in Support of Her Opposition, and Exhibits A-D, F-H, and J-l attached thereto. The Court has reviewed this Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: Unredacted versions of above-referenced documents shall be filed under seal. Redacted versions must be filed on the record.

IT IS SO ORDERED.

DATED: November 21, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE