# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND THE FILING DATE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR LEAVE TO FILE ANSWER |

Now pending before the Court is the Stipulation to Extend the Filing Date of Plaintiff's Opposition to Defendant's Motion to Set Aside Entry of Default and Request for Leave to File Answer, filed on December 4, 2019.

Having reviewed the parties' Stipulation, and good cause having been shown, the Court hereby grants the parties' stipulated request.

**THEREFORE, IT IS ORDERED** that Plaintiff's Opposition to Defendant's Motion to Set Aside Entry of Default and Request for Leave to File Answer, which is presently due for filing on December 4, 2019, be extended to December 6, 2019.

IT IS SO ORDERED.

Dated: December 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE