# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br>                  Plaintiff, <br><br>       v. <br><br> DR. ANDREA WILLEY, <br><br>                  Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF DUSA PHARMACEUTICALS, INC.'S REQUEST TO SEAL ITS OPPOSITION TO DEFENDANT DR. ANDREA WILLEY'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR LEAVE TO FILE ANSWER AND SUPPORTING DOCUMENTS** |

Before this Court is Plaintiff DUSA Pharmaceuticals, Inc.'s Request to Seal Its Opposition to Defendant Dr. Andrea Willey's Motion to Set Aside Entry of Default and Request for Leave to File Answer and Supporting Documents. The Court has reviewed this Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED**, that:

1. The redacted portions of Plaintiff's Opposition to Defendant Dr. Andrea Willey's Motion to Set Aside Entry of Default and Request for Leave to File Answer shall be kept under seal.

2. The redacted portions of Exhibit A to Plaintiff's Opposition to Defendant Dr. Andrea Willey's Motion to Set Aside Entry of Default and Request for Leave to

File Answer shall be kept under seal.

3. The redacted portions of Exhibit B to Plaintiff's Opposition to Defendant Dr. Andrea Willey's Motion to Set Aside Entry of Default and Request for Leave to File Answer shall be kept under seal.

IT IS SO ORDERED.

Dated: December 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL