# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE FILING DATES OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR LEAVE TO FILE ANSWER AND PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AND SPECIFIC PERFORMANCE** |

Before this Court is the Stipulation to Extend the Filing Dates of Defendant's Reply in Support of Its Motion to Set Aside Entry of Default and Request for Leave to File Answer and Plaintiff's Reply in Support of Its Motion for Default Judgment and Specific Performance. The Court has reviewed this Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: Defendant's Reply and Plaintiff's Reply described above, which are presently due on December 11, 2019, be extended to December 12, 2019.

IT IS SO ORDERED.

DATED: December 11, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE