# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-MCE-AC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DEFENDANT'S REPLY IN SUPPORT OF HER MOTION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST FOR LEAVE TO FILE ANSWER** |

Before this Court is Defendant Dr. Andrea Willey's Request to Seal Defendant's Reply in Support of Her Motion to Set Aside Entry of Default and Request for Leave to File Answer. The Court has reviewed this Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: An unredacted version of above-referenced document shall be filed under seal. A redacted version must be filed on the record.

IT IS SO ORDERED.

DATED: December 13, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE