UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., | No. 2:19-cv-01155-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| ANDREW WILLEY, | |
| Defendant. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On December 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 40. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2019, are adopted in full;

2. Defendant's motion to set aside default (ECF No. 22) is GRANTED;

3. Plaintiff's motion for default judgment (ECF No. 14) is DENIED as moot;

1

4. Defendant is ordered to file a proper answer to the complaint within 14 days.

DATED: March 20, 2020

/s/ John A. Mendez_____

United States District Court Judge