1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

8
9
10

11  DUSA PHARMACEUTICALS, INC.,

Case No. 2:19-cv-1155-JAM-AC

12              Plaintiff,

13      v.

**ORDER GRANTING STIPULATION TO**
**STAY DEADLINES FOR THIRTY (30)**
**DAYS**

14  DR. ANDREA WILLEY,

15              Defendant.

16

17      Before this Court is the Stipulation to stay all pending proceedings and deadlines between

18  the parties for thirty (30) days, up to and including June 17, 2020.  The Court has reviewed this

19  Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

20      **ORDERED** that: All pending proceedings and deadlines between the parties are stayed up

21  to and including June 17, 2020.

22      IT IS SO ORDERED.

23  DATED:  May 18, 2020.

24

25                                  /s/ John A. Mendez_____ _____
                                    John A. Mendez
26                                  United States District Court Judge

27

28

ORDER GRANTING STIPULATION TO STAY DEADLINES – 2:19-CV-1155-JAM-AC