**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No. 2:19-cv-1155-JAM-AC <br><br><br> **ORDER GRANTING STIPULATION TO EXTEND STAY OF DEADLINES FOR TWENTY-ONE (21) DAYS** |

Before this Court is the Stipulation to extend stay of all pending proceedings and deadlines between the parties for twenty-one (21) days, up to and including July 8, 2020. The Court has reviewed this Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: All pending proceedings and deadlines between the parties are stayed up to and including July 8, 2020.

IT IS SO ORDERED.

DATED: June 17, 2020.

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge