# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No.  2:19-cv-1155-JAM-AC <br><br> **ORDER GRANTING STIPULATION TO STAY DEADLINES** |

Before this Court is the Stipulation to stay all pending proceedings and deadlines between the parties for three weeks or until further notification by the parties, whichever is earlier.  The Court has reviewed this Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: All pending proceedings and deadlines between the parties are stayed for three weeks or until further notice by the parties, whichever is earlier.

IT IS SO ORDERED.

DATED:  November 2, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE