**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DR. ANDREA WILLEY,<br><br>Defendant. | Case No. 2:19-cv-1155-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO STAY DEADLINES** |

Before this Court is the Stipulation to stay all pending proceedings and deadlines between the parties for four weeks, to December 23, 2020, or until further notification by the parties, whichever is earlier. The Court has reviewed this Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: All pending proceedings and deadlines between the parties are stayed for four weeks, to December 23, 2020, or until further notice by the parties, whichever is earlier.

IT IS SO ORDERED.

DATED: November 25, 2020              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE