# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. ANDREA WILLEY, <br><br> Defendant. | Case No.  2:19-cv-1155-JAM-AC <br><br> **ORDER GRANTING STIPULATION TO STAY DEADLINES** |

Before this Court is the Stipulation to stay all pending proceedings and deadlines between the parties for five (5) business days, or until further notification by the parties, whichever is earlier.  The Court has reviewed this Stipulated Request, and the Request is hereby **GRANTED**. It is, therefore,

**ORDERED** that: All pending proceedings and deadlines between the parties are stayed for five (5) business days, or until further notice by the parties, whichever is earlier.

IT IS SO ORDERED.

DATED:  December 28, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE